UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NICHOLAS GUILLORY | * | CIVIL ACTION NO.: |
| | * | |
| VERSUS | * | JUDGE: |
| | * | |
| WENDY'S INERNATIONAL, LLC | * | MAG.: |
| AND XYZ INSURANCE COMPANY | * | |

**************************************

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA:

NOW INTO COURT, through undersigned counsel, comes Wendy's International, LLC ("Wendy's"), defendant in the above-entitled action, who respectfully submits as follows:

1. Wendy's desires to exercise its rights under the provisions of Title 28 U.S.C. § 1441, et seq., to remove this action from the 29th Judicial District Court for the Parish of St. Charles, State of Louisiana, in which said cause is now pending under the name and style "Nicholas Guillory v. Wendy's International, LLC d/b/a Wendy's and XYZ Insurance Company," No. 78853, Division D.

2. This action is removable because there is complete diversity of citizenship between the plaintiff and defendant, and because the damages alleged are in excess of $75,000.00, based on plaintiff's claims for general and special damages, penalties and attorney's fees. Accordingly, this matter is within the original jurisdiction conferred on this Court pursuant to 28 U.S.C. § 1332.

3. On August 28, 2014, plaintiff filed an action captioned "Nicholas Guillory v. Wendy's International, LLC d/b/a Wendy's and XYZ Insurance Company," No. 78853, Division D, in the 29TH Judicial District Court for the Parish of St. Charles, State of Louisiana.

4. The Petition and Citation were served on the Secretary of State for the State of Louisiana on September 5, 2014, and received by Wendy's, thereafter. Therefore, this Notice of Removal is filed timely under 28 U.S.C. § 1446(b).

5. Based upon the allegations in plaintiff's Petition, Nicholas Guillory is a person of the full age of majority and a resident of the State of Louisiana.

6. Wendy's International, LLC, is a limited liability company. The citizenship of a limited liability company is determined by the citizenship of each of its members. *See Harvey v. Grey Wolf Drilling Co.*, 542 F.3d 1077, 1079-80 (5th Cir.2008). Wendy's International, LLC, is an Ohio limited liability company whose sole member is Wendy's Restaurants, LLC. Wendy's Restaurants, LLC is a Delaware limited liability company whose sole member is The Wendy's Company. The Wendy's Company is a Delaware corporation whose principle place of business is in Dublin, Ohio.

7. In his Petition for Damages, plaintiff seeks special, general, and punitive damages for "severe and disabling injuries," including "past physical pain and suffering, future physical pain and suffering, past, present and future mental pain and suffering, past, present and future medical expenses, loss of past and future earnings, loss of future earning capacity, past and future loss of enjoyment of life,

permanent disability to the body, loss of consortium, and penalties and attorneys' fees . . . ." Upon information and belief, plaintiff is claiming a closed head injury, as well as herniations to the cervical, thoracic, and lumbar spines, and has been treating with a neurosurgeon and other health care providers.

8. For purposes of determining whether the amount in controversy exceeds $75,000.00, a plaintiff's claim for penalties provided by state law are included. *See M&M Machine Shop, Inc. v. State Farm Fire & Cas. Co.*, 2007 WL 397236, *2 (E.D.La.2007) (*citing Buras v. Birmingham Fir Ins. Co. of Penn.*, 327 F.2d 238, 238-39 (5th Cir.1964)). Plaintiff's claim for attorneys' fees must also be considered in determining the jurisdictional amount in controversy. *Foret v. Southern Farm Bureau Life Ins. Co.*, 918 F.2d 534, 537 (5th Cir.1990); *see also* 14A C. Wright & A. Miller, *Federal Practice & Procedure* § 3712, at 176 (2d ed.1985).

9. Based on the allegations in the Petition for Damages, alone, the requisite amount in controversy is met. Plaintiff has not entered any stipulations limiting any award which may be made, nor has he provided any affidavits waiving any recovery above $75,000.00. Thus, he has not taken the steps to irrevocably limit his potential damage award, which is required by the Fifth Circuit when the injuries described in the Petition for Damages facially appear to exceed the jurisdictional amount in controversy. *De Aguilar v. Boeing Co.*, 47 F.3d 1404, 1412 (5th Cir.1995).

10. This action should be removed to this Court pursuant to 28 U.S.C. § 1441 because there is complete diversity of citizenship between the parties and the judgment value of damages sought by plaintiff is in excess of the jurisdictional limit.

11. Pursuant to LR 3.2, Wendy's is filing this Notice of Removal with the following:

    (a) A list of all parties remaining in the action (Exhibit A);

    (b) Copies of all pleadings, including answers, filed in state court (Exhibit B); and

    (c) Copies of return of service of process filed in state court on those parties (Exhibit C).

12. Pursuant to 28 U.S.C. 1446(d), contemporaneous with the filing hereof, undersigned counsel have given notice of the filing of this Notice of Removal to the State Court and to plaintiff Nicolas Guillory.

13. Wendy's respectfully requests that this Court take jurisdiction in this civil action to its conclusion, to the exclusion of any further proceedings in the State Court, in accordance with federal law.

**WHEREFORE,** Wendy's International, LLC, respectfully requests that this Court remove this action from the 29th Judicial District Court for the Parish of St. Charles, State of Louisiana, to the United States District Court for the Eastern District of Louisiana.

Respectfully submitted:

*/s/ Jeffery B. Struckhoff*

**BENJAMIN R. GRAU (26307) – T.A.**
**JEFFERY B. STRUCKHOFF (30173)**
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square

701 Poydras Street, 40th Floor
New Orleans, Louisiana  70139
Telephone:  (504) 525-6802
Telecopy:  (504) 525-2456
Internet:  bgrau@gjtbs.com
jstruckhoff@gjtbs.com
*Attorneys for Wendy's International, LLC*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 30th day of September, 2014 undersigned electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.  The foregoing was also filed with the 29th Judicial District Court for the Parish of St. Charles, State of Louisiana, in which the state civil action was originally filed, in conformity with 28 U.S.C. § 1446(d).

*/s/ Jeffery B. Struckhoff*

**JEFFERY B. STRUCKHOFF**