# CITATION

**GUILLORY, NICHOLAS**

Versus

**WENDY'S INTERNATIONAL, LLC D/B/A WENDY'S - ET AL**

Case: **00078853**
Division: D
29th Judicial District Court
Parish of St. Charles
State of Louisiana

TO:
WENDY'S INTERNATIONAL, LLC D/B/A WENDY'S
VIA THEIR AGENT FOR SERVICE OR PROCESS
CORPORATION SERVICE COMPANY
320 SOMERULOS STREET
BATON ROUGE, LA

You are hereby summoned to comply with the demand contained in the Petition, of which a certified copy accompanies this citation, or file your answer to the same, in the office of the Clerk on the Twenty-ninth Judicial Court in and for the Parish of St. Charles, in the Court House of said Parish at Hahnville, La., within fifteen days after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

WITNESS THE HONORABLE JUDGES of the said Court on the *28th* day of August A.D., 20*14*.

Lance Marino
CLERK OF COURT

BY: Debra C. Rankin
Deputy Clerk of Court

RECEIVED
SEP 0 4 2014
[SHERIFF'S OFFICE]

## Service Information

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____ served the above named party as follows:

**Personal Service** on the party herein named _____.
**Domiciliary Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of sixteen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:
Parish of _____ this _____ day of _____, 20____.

Service   $_____
Mileage   $_____         By: _____
Total     $_____              Deputy Sheriff

[ ORIGINAL ]


EXHIBIT B

## 29TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. CHARLES

### STATE OF LOUISIANA

NO. 78853   DIVISION "" **DIV. D**
JUDGE
M. LAUREN LEMMON

### NICHOLAS GUILLORY

### VERSUS

### WENDY'S INTERNATIONAL, LLC d/b/a WENDY'S and XYZ INSURANCE COMPANY

FILED:_____

DEPUTY CLERK

**PETITION FOR DAMAGES**

The petition of **NICHOLAS GUILLORY**, a person of the full age of majority and resident of the Parish of St. Charles, State of Louisiana, with respect represents that:

I.

Made defendants herein are:

**WENDY'S INTERNATIONAL, LLC d/b/a WENDY'S**, a domestic/foreign corporation authorized to do and doing business in the State of Louisiana; and

**XYZ INSURANCE COMPANY**, a domestic/foreign insurance company authorized to do and doing business in the State of Louisiana.

II.

Defendants herein are jointly and *in solido* liable and indebted unto Petitioner for such damages as are reasonable in the premises, including past physical pain and suffering, future physical pain and suffering, past, present, and future mental pain and suffering, past, present, and future medical expenses, loss of past and future earnings, loss of future earning capacity, past and future loss of enjoyment of life, permanent disability to the body, loss of consortium, and penalties and attorneys' fees together with legal interest thereon from date of judicial demand until paid, and for all costs of these proceedings, for the following to-wit:

III.

On or about **January 9, 2014**, an accident occurred in the Parish of St. Charles, State of Louisiana, where Petitioner, **NICHOLAS GUILLORY** was walking into **WENDY'S INTERNATIONAL, LLC d/b/a WENDY'S** located at 13211 US 90, Boutte, LA 70039, when suddenly and without warning he slipped and fell on soapy water that an employee had thrown outside of **WENDY'S INTERNATIONAL, LLC d/b/a WENDY'S** door. The property is

owned and operated by **WENDY'S INTERNATIONAL, LLC d/b/a WENDY'S**, whom was aware and/or should have been aware of the negligent condition.

IV.

As a result of the above referenced accident and negligence of the defendant, **WENDY'S INTERNATIONAL, LLC d/b/a WENDY'S**; Petitioner, **NICHOLAS GUILLORY**, suffered severe and disabling injuries and is entitled to recover such damages as are reasonable in the premises.

V.

Petitioner was not at fault nor was he contributorily negligent. His injuries were caused solely by the fault, negligence and liability of the defendants, **WENDY'S INTERNATIONAL, LLC d/b/a WENDY'S**, in the following particulars:

    a)    Failure to maintain a reasonably safe place for visitors and residents;

    b)    Failure to take necessary measures to protect the safety of visitors and residents;

    c)    Failure to properly maintain, inspect and supervise premises;

    d)    Failure to warn visitors and residents of the dangerous nature of the premises;

    e)    Failure to take steps to avoid this incident; and

    f)    Such other acts of negligence as will be shown at trial.

VI.

Upon information and belief, it is alleged that at all times material hereto, **WENDY'S INTERNATIONAL, LLC d/b/a WENDY'S** is a self-insured entity and provided a policy of liability insurance to **WENDY'S INTERNATIONAL, LLC d/b/a WENDY'S** on the date of this accident, which said policy provided coverage for the type of loss sued upon herein, thus rendering the said defendants liable in solido unto Petitioner with the other named defendants.

VII.

Upon information and belief, it is alleged that at all times material hereto, **XYZ INSURANCE COMPANY** provided a policy of liability insurance to **WENDY'S** on the date of this accident, which said policy provided coverage for the type of loss sued upon herein, thus rendering the said defendant **XYZ INSURANCE COMPANY** liable in solido unto Petitioner with the other named defendants.

VIII.

Petitioner pleads the doctrine of res ipsa loquitur.

**WHEREFORE,** Petitioner prays that defendants be duly cited and served with a copy of this petition and, after all due proceedings are had, there be a judgment rendered herein in favor of Petitioner and against the defendants, **WENDY'S INTERNATIONAL, LLC d/b/a WENDY'S and XYZ INSURANCE COMPANY,** jointly and *in solido* in amounts as are reasonable in the premises, including but not limited to, past physical pain and suffering, future physical pain and suffering, past mental pain and suffering, future mental pain and suffering, past, present, and future medical expenses, loss of past and future earnings, loss of future earning capacity, permanent disability of the body, past and future loss of enjoyment of life, loss of consortium, and penalties and attorneys' fees, together with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings.

Petitioner further prays for all general and equitable relief as the Court deems fit.

Respectfully submitted,

LAW OFFICES OF EDWARD J. WOMAC, JR.
& ASSOCIATES

_____
EDWARD J. WOMAC, JR. #02195
MATTHEW SUTTON #30084
3501 Canal Street
New Orleans, LA 70119
Telephone No. (504) 486-9999
Facsimile No. (504) 488-4178
msutton@edwardwomac.com

**PLEASE SERVE:**

**WENDY'S INTERNATIONAL, LLC d/b/a WENDY'S**
Via Their Agent for Service of Process
**CORPORATION SERVICE COMPANY**
320 Somerulos Street
Baton Rouge, LA 7802

**WENDY'S INTERNATIONAL, LLC d/b/a WENDY'S**
Via Their Store Manager:
13211 US 90
BOUTTE, LA 70039

**PLEASE WITHHOLD SERVICE TO:**

**XYZ INSURANCE COMPANY**

STATE OF LOUISIANA
PARISH OF ST. CHARLES
I HEREBY CERTIFY THAT THE WITHIN
AND FOREGOING IS A TRUE COPY OF THE
ORIGINAL ON FILE IN THIS OFFICE.

_____
CLERK OF COURT
ST. CHARLES PARISH